1  **WO**

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7            FOR THE DISTRICT OF ARIZONA

8

9  Jeanette Rose Eakerns,              )    No. CV-06-3009-PHX-SMM
                                       )
10            Plaintiff,               )    **ORDER**
                                       )
11 v.                                  )
                                       )
12 Kingman Regional Medical Center,    )
                                       )
13            Defendant.               )
                                       )
14 _____     )

15        Pending before the Court is Plaintiff's Unopposed Motion to File Second Amended

16 Complaint [Doc. No. 8], filed on January 4th, 2007.  Defendant has no objection to this

17 motion.

18         Rule 15(a) provides that "leave shall be freely given when justice so requires." Fed.

19 R. Civ. P.  While leave to amend is not automatic, it will generally be granted unless the

20 opposing party makes a showing of "undue delay, bad faith or dilatory motive on the part of

21 the movant, repeated failure to cure deficiencies by amendments previously allowed, undue

22 prejudice to the opposing party by virtue of allowance of the amendment or futility of

23 amendment. Foman v. Davis, 371 U.S. 178, 182 (1962).

24        Here, Plaintiff urges the Court to allow the filing of a Second Amended Complaint

25 because she seeks to remove and dismiss all the unserved fictitious defendants and revise the

26 original pleading to conform to federal law and practice.  Because Defendant does not object

27 to this motion and justice so requires, the Court will grant Plaintiff's motion.

28        Accordingly,

1    **IT IS ORDERED** that Plaintiff's Unopposed Motion to File Second Amended Complaint

2    [Doc. No. 8] is **GRANTED**.

3    **IT IS FURTHER ORDERED** that the Clerk of Court shall file the lodged proposed Second

4    Amended Complaint [Doc. No. 9].

5       DATED this 8th day of January, 2007.

Stephen M. McNamee
United States District Judge