**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeanette Rose Eakerns, ) | No. CV-06-3009-PHX-SMM |
| )  Plaintiff, ) | **ORDER** |
| )  v. ) | |
| ) Kingman Regional Medical Center, ) | |
| )  Defendant. ) | |
| ) | |

Pursuant to the stipulation of the parties (Dkt. 25),

**IT IS HEREBY ORDERED** Plaintiff may have to and including February 19, 2008 to respond to Defendant's First Set of Non-Uniform Interrogatories and Defendant's First Set of Requests for Production of Documents.

DATED this 11th day of February, 2008.

Stephen M. McNamee
United States District Judge