**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeanette Rose Eakerns, | No. CV-06-3009-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Kingman Regional Medical Center, | |
| Defendant. | |

Pursuant to the stipulation of the parties (Dkt. 31),

**IT IS HEREBY ORDERED** that Defendant may have to and including **March 14, 2008** for disclosure of expert witnesses, and Plaintiff may have to and including **April 11, 2008** for disclosure of rebuttal experts.

**IT IS FURTHER ORDERED** that no other dates set forth in the Rule 16 Scheduling Order (Dkt. 18) shall be affected by this extension.

DATED this 5th day of March, 2008.

Stephen M. McNamee
United States District Judge