**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeanette Rose Eakerns,              ) | No. CV-06-3009-PHX-SMM |
|                    Plaintiff,        ) | **ORDER** |
| v.                                   ) | |
| Kingman Regional Medical Center,    ) | |
|                    Defendant.        ) | |

Before the Court is the parties' Joint Motion for Enlargement of Time (First Request) (Dkt. 81). The parties seek to extend the response and reply deadlines regarding Defendant's Motion for Summary Judgment. Accordingly,

**IT IS HEREBY ORDERED** extending the response and reply deadlines as follows. Plaintiff may have to and including **August 22, 2008** to respond to Defendant's Motion for Summary Judgment. Defendant may have to and including **September 18, 2008** to file its reply.

DATED this 16th day of July, 2008.

Stephen M. McNamee
United States District Judge