**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeanette Rose Eakerns, ) | No. CV-06-3009-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| Kingman Regional Medical Center, ) | |
| Defendant. ) | |

Before the Court is the parties' Joint Motion for Enlargement of Time (Second Request) (Dkt. 83). Defendant filed its Motion for Summary Judgment on June 27, 2008. (Dkt. 77.) The Court has already granted the parties' First Request for an extension of the response and reply deadlines, extending them to August 22, 2008 and September 16, 2008, respectively. (Dkt. 82, Order dated July 16, 2008.) The parties now seek a further extension of the deadlines, "because of the number and complexity of the legal issues in Defendant's Motion for Summary Judgment." (Dkt. 83.) The parties do not explain or describe any such complex issues, nor do they explain why the previous extension and corresponding deadlines are insufficient. Therefore the Court finds that good cause had not been shown for a second extension of time.

Accordingly,

//

//

//

1  **IT IS HEREBY ORDERED** denying the parties' Stipulated Motion for Extension
2  of Time (Second Request) (Dkt. 83).  The deadlines set forth in the Order dated July 16, 2008
3  shall remain in effect.
4      DATED this 20th day of August, 2008.

*[signature]*
Stephen M. McNamee
United States District Judge